AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Wallace Pitts | ) |
| *Plaintiff* | ) |
| v. | ) |
| G4S Secure Solutions (USA) Inc. | ) |
| *Defendant* | ) |

Civil Action No.   2:19-cv-2650

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑   other:   Pursuant to the Opinion and Order signed by Judge Watson on 08/26/20, this case is now Dismissed.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☐   decided by Judge _____ on a motion for

.

Date:   08/26/2020

CLERK OF COURT

/s/ Michelle D. Rahwan, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*